Otto Hemm, appellee, v. H. Roy Berry Company, appellant. Gen. No. 35,168.

Opinion filed October 9, 1931.

Litsinger, Healy & Reid, for appellant. Kenneth F. Simpson, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Peter Stefan, appellee, v. Crane Company, appellant. Gen. No. 35,231.

Opinion filed October 9, 1931.

Alden, Latham & Young, for appellant; Wm. L. Quinlan, of counsel. Luster & Luster, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Paula Fagan, appellant, v. I. Lockson, appellee. Gen. No. 35,288.

Opinion filed October 9, 1931.

Morris A. Haft, for appellant. Malkin & Malkin, for appellee; Sol R. Malkin, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Builders and Merchants Bank and Trust Company, appellee, v. Louis O. Runner et al., defendants, on appeal of Austin Hotel Company, appellant. Gen. No. 35,306.

Opinion filed October 9, 1931.

Clorfene & Feldman, for appellant; Irwin B. Clorfene and Sidney Baker, of counsel. Marston, Friedlund, Tone & Friedlund, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.